**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PENSACOLA DIVISION**

UNITED STATES OF AMERICA

    VS                                                                 CASE NO.  3:03cr26-01/RV

MALIK D. CHESTER

**REFERRAL AND ORDER**

Referred to Senior Judge Roger Vinson on  April 6, 2009

Motion/Pleadings:   Motion to obtain copy of 5K1 motion filed by the Government on behalf of the defendant August 2003

Filed by  Defendant          on 4/3/2009        Doc.#     122

RESPONSES:

_____ on _____ Doc.# _____
_____ on _____ Doc.# _____

_____ Stipulated     _____ Joint Pldg.
X    Unopposed     _____ Consented

WILLIAM M. McCOOL, CLERK OF COURT

  s/Jerry Marbut
LC (1 OR 2)            Deputy Clerk: Jerry Marbut

## *ORDER*

*Upon consideration of the foregoing, it is ORDERED this   8th   day of   April  , 2009, that:*
*(a) The relief requested is GRANTED.*
*(b) _____*

/s/ *Roger Vinson*
**ROGER VINSON**
*Senior United States District Judge*